## STATE COURT OF APPEALS—Continued

18967—Calvin Dimmitt et al v. State ex rel Milburn et al; error to Greene Appeals. Affirmed. Marshall, C. J., Day, Allen and Kinkade, JJ., concur. Dock 2-19-25; 3 Abs. 130, opinion.

19069—State ex rel Lamb v. Rollin Swisher et al. In Mandamus. Writ denied. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock 4-13-25; 3 Abs. 249. Opinion.

### MOTION DOCKET

18952—Florence Ewing Steele v. Samuel E. Levy, d. b. a., etc. Motion on Cuyahoga Appeals to certify. Overruled. OA. 3 Abs. 262.

18985—Martin Knudson v. State of Ohio. Motion by plaintiff for stay of execution. Allowed. Dock. 2-28-25; 3 Abs. 146. OS. Pend. 3 Abs. 105; mo. cer. ov. 3 Abs. 279. Pet. err. dis. 3 Abs. 297.

19031—William S. Klotz v. Marie A. Klotz. Motion on Ottawa Appeals to certify. Overruled. Dock. 3-19-25; 3 Abs. 198. OS. Pend. 3 Abs. 235, 269.

19033—Benedetto Colombi, d. b. a. Colombi Co. v. W. H. Vogel. Motion on Cuyahoga Appeals to certify. Allowed. Dock. 3-21-25; 3 Abs. 198.

19038—A. J. Mayers, Admr. v. Edith Lambert. Motion on Trumbull Appeals to certify. Overruled. Dock. 3-25-25; 3 Abs. 214.

19042—Mae Post Buell, Admx. v. N. Y. C. R. Co. Motion to dismiss pet. err. as of right. Sustained. Dock. 3-25-25; 3 Abs. 214.

19042—Mae Post Buell, Admx. v. N. Y. C. R. R. Co. Motion on Erie Appeals to certify. Allowed. Dock. 3-25-25; 3 Abs. 214.

19044—John Schneider v. Charles Kough. Motion on Cuyahoga Appeals to certify. Overruled. Dock. 3-26-25; 3 Abs. 214. OS. Pend. 3 Abs. 270.

19047—William F. Devou v. Fourth & Central Trust Co. et al. Motion on Hamilton Appeals to certify. Overruled. Dock. 3-30-25; 3 Abs. 214.

19049—Central Storage Warehouse v. Pickering. Motion by plaintiff to dispense with printing exhibits. Nos. 1, 2 and 4. Allowed. Dock. 3-30-25; 3 Abs. 214. OS. Pend. 3 Abs. 216.

19065—William Cline v. Charles A. Wells. Motion on Hocking Appeals to certify. Overruled. Dock. 4-9-25; 3 Abs. 249.

19096—Robert W. Ross et al v. Adams Mills Rural School Dist., et al. Motion on Muskingum Appeals to certify. Allowed. Dock. 4-24-25; 3 Abs. 278.

19096—Robert W. Ross et al v. Adams Mills Rural School Dist. et al. Motion to dismiss pet. err. Overruled. Dock. 4-24-25; 3 Abs. 278.

19105—George Kuhn v. Cincinnati Traction Co. Motion on Hamilton Appeals to certify. Allowed without argument. Dock. 4-25-25; 3 Abs. 278. OA. 3 Abs. 310.

19108—Industrial Commission v. Bert Snyder, and Olive Williamson. Motion on Darke County Appeals to certify. Allowed without argument. Dock. 4-28-25; 3 Abs. 297.

---

## Abstracts of Last Week's SUPREME COURT OPINIONS

---

### Syllabi
### No. 520

No. 18967—Calvin Dimmitt et al. v. The State, ex rel. Helen Milburn. Error to the Court of Appeals of Greene county.

**BASTARDY—Liability on stay bond limited to penalty on.**

MARSHALL, C. J.

A supersedeas bond given in a proceeding in error to obtain a stay upon a judgment of conviction in a bastardy case, conditioned that the obligor "shall abide by the order and judgment of the court of appeals" creates a liability against the sureties upon such bond for the performance of the judgment entered in the court of common pleas to the limit of the penalty of such bond.

Judgment affirmed.

Day, Allen and Kinkade, JJ., concur.

### No. 521

No. 18821—W. E. Richey and John Moeller v. Allen Brett, Recr. Error to the Court of Appeals of Cuyahoga county.

**RECEIVERSHIP—Parties asking for held not liable. Compensation of receiver and expenses of administrator.**

MARSHALL, C. J.

Parties who invoke the jurisdiction and process of a court for the appointment of a receiver, by sufficient allegations and showing of necessity therefor, resulting in such appointment, do not become personally liable for the compensation of the receiver and the expenses of administration of an insolvent concern, in the absence of special circumstances calling for the application of equitable principles creating such liability. Such debts and expenses are ordinarily payable out of the corpus of the property.

Judgment reversed.

Jones, Matthias, Allen, Kinkade and Robinson, JJ., concur.

### No..522

No. 19069—The State, ex rel. Grace M. Lamb, v. Rollin Swisher and William S. Bundy, as The State Civil Service Commission of Ohio. In Mandamus.

**CIVIL SERVICE—Reinstatement of employe in classified service, held within discretion of the Commission, unless some affirmative abuse appears.**

DAY, J.

Reinstatement of an employe in the classified service under Rule X, Section 10, Rules and Regulations. State Civil Service Commission, Section 486-16, General Code, relating to